Case Number: __AT 3330-0083__

Location of Search:
York County Parcel 599-000-00-02

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | one nylon collar with chain |
| 2 | 13 Pitt Bull Type Dogs |

On September 25, 2022 at 1630 hours, this inventory was prepared and a copy was provided in the following manner:

__X__ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:
On top of a doghouse under a rock

____ A copy of this inventory was provided to the following person:

Name: _____    Signature: _____
Address: _____

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: _____    Witness: _____

Printed Name: _____    Printed Name: _____

*[signature]*    Date: 2022.10.24 11:53:57 -04'00'