## ATTACHMENT A

### York County Parcel ID number 599-000-00-02
### FOSTER PROPERTY 5

**Description of the premises to be searched:**

York County Parcel ID number 599-000-00-02 is a heavily wooded 0.50-acre property.

The property has multiple outbuildings, sheds, dogs, and dog kennels on the property.

